Guadalupe GUAJARDO, Jr., Petitioner-Appellant,

v.

Dr. George J. BETO, Director, Texas Department of Corrections, Respondent-Appellee.

No. 71–1643

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Oct. 22, 1971.

Guadalupe Guajardo, Jr., pro se.

Crawford C. Martin, Atty. Gen. of Tex., Gilbert J. Pena, Asst. Atty. Gen., Austin, Tex., for respondent-appellee.

* Rule 18, 5th Cir. See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 431 F.2d 409, Part I (5th Cir. 1970).

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

The appellee's motion to dismiss the appeal in the above styled and numbered cause is hereby denied. The judgment of the district court is affirmed. See Local Rule 21.[1]

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.

